IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CRIMINAL NO. 1:19CR101 |
| LARRY EARNEST TILLERY | § | |

## WAIVER OF INDICTMENT

I, *Larry Earnest Tillery,* hereby acknowledge my right to have my case considered by a grand jury and indicted within thirty (30) days of my arrest. I hereby waive this right to be indicted within thirty (30) days of arrest in order that my attorney and the attorney for the Government have an adequate opportunity to discuss my case. Not only do I waive the right to be indicted within thirty (30) days of my arrest, but I waive my right to an indictment all together and choose to permit the Government to proceed by Information.

DATE:  June 25, 2019

_____
Defendant, Larry Earnest Tillery

_____
Attorney for Defendant, Chip Lewis