IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 1:19-CR-101 |
| | § | |
| LARRY EARNEST TILLERY | § | |

## **FINAL ORDER OF FORFEITURE**

On June 28, 2019, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(1), 26 U.S.C. § 7301(a)-(e). 26 U.S.C. § 7303 and 28 U.S.C. § 2461.

Because the forfeiture order consists only of cash proceeds obtained by the defendant, no ancillary proceeding is required to adjudicate the interests of third parties in the forfeited property, pursuant to Rule 32.2(c)(1).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion for Final Order of Forfeiture is GRANTED.  It is further ORDERED:

1.  The defendant, Larry Earnest Tillery, shall forfeit to the United States the sum of $32,758,541.00 and all interest and proceeds traceable thereto, representing the amount of proceeds obtained by the defendant as a result of the offense alleged in Count One of the indictment, which charges a violation of 18 U.S.C. § 1957, Engaging in Monetary Transactions in Criminally Derived Property that is Derived from a Specified Unlawful Activity, Money Laundering and 26 U.S.C. § 7201, Tax Evasion, for which the

defendant is personally liable, pursuant to 18 U.S.C. § 982(a)(1), 26 U.S.C. § 7301 (a)-(e), 26 U.S.C. § 7303 & 28 U.S.C. § 2461.

2. This order shall be made part of the sentence and included in the judgment, pursuant to Fed.R.Crim.P. 32.2(b)(4).

3. The United States may, at any time, move to amend this order of forfeiture to include substitute property having a value not to exceed $32,758,541.00 to satisfy the cash proceeds sought for forfeiture in whole or in part.

4. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

**SIGNED** this the **15** day of **June, 2020.**

_____
Thad Heartfield
United States District Judge